UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:05-cr-31-T-23TGW

MAXIMINO SALGADO-HURTADO,
and MARIA LERINA PINEDA
_____/

## FINAL JUDGMENT OF FORFEITURE

The United States moves (Doc. 80) for entry of a final judgment of forfeiture for:

One White 1996 Ford Windstar Van, Florida license tag number J60XSN, vehicle identification number 2FMDA514XTBB60625, used to facilitate the distribution of methamphetamine during the charged conspiracy.

On February 15, 2006, the court entered a preliminary order of forfeiture forfeiting to the United States all right, title, and interest of defendant Maximino Salgado-Hurtado in the above-described vehicle (Doc. 37).[1]

The United States sent by certified mail, return receipt requested, to Pedro F. Burgos, a third party known to have alleged an interest in the property subject to forfeiture, notice of the preliminary order of forfeiture as to defendant Maximino Salgado-Hurtado:

    a.    Pedro F. Burgos, 6078 Blue Grass Circle, Lake Worth, Florida 33463, on March 9, 2006, certified mail no. 7002-0460-0003-7650-2936; envelope returned with the notation "not deliverable as addressed, unable to forward";

---

[1] Doc. 37 is also a forfeiture money judgment for $90,000.00.

    b.    Pedro F. Burgos, 3167 Coral Springs Drive, Coral Springs, Florida 33065, on April 4, 2006, certified mail no. 7002-0460-0003-7650-3117, signed and returned April 7, 2006.

Pedro F. Burgos filed no claim.

At Maximino Salgado-Hurtado's March 8, 2006, sentencing, United States District Judge Steven D. Merryday included the forfeiture in the judgment. (Docs. 44 and 47).

In accordance with the provisions of 21 U.S.C. § 853(n), on March 28, 2006, April 4, 2006, and April 11, 2006, in the *Tampa Tribune*, a newspaper of general circulation in Hillsborough County, Florida, and in the *News Chief*, a newspaper of general circulation in Polk County, Florida, the United States published notice of the forfeiture and of its intent to dispose of the vehicle (Docs. 60 and 61). The publication gave notice to all third parties with a legal interest in the vehicle to file, within thirty days of the final date of publication, with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest.

On July 10, 2006, the court entered a preliminary order of forfeiture forfeiting to the United States all right, title, and interest of defendant Maria Lerina Pineda in the above-described vehicle (Doc. 65).[2]

At Maria Lerina Pineda's August 28, 2006, sentencing, United States District Judge Steven D. Merryday included the forfeiture in the judgment. (Docs. 75 and 77).

Other than Maximino Salgado-Hurtado and Maria Lerina Pineda, whose interest was forfeited to the United States in the preliminary orders of forfeiture, no person or

---

[2] Doc. 65 is also a forfeiture money judgment for $90,000.00.

entity is known to have an interest in the subject property. No third party has filed a petition to adjudicate interest in the subject properties, and the time for filing a petition has expired.

The vehicle is the property of Maximino Salgado-Hurtado and Maria Lerina Pineda. The United States' motion (Doc. 80) for a final judgment of forfeiture is **GRANTED**. All right, title and interest in:

> One White 1996 Ford Windstar Van, Florida license tag number J60XSN, vehicle identification number 2FMDA514XTBB60625, used to facilitate the distribution of methamphetamine during the charged conspiracy.

is **CONDEMNED** and **FORFEITED** to the United States of America, pursuant to the provisions of 21 U.S.C. §§ 853(a)(1) and (2) and Fed. R. Crim. P. 32.2(c)(2), for disposition according to law. Clear title to the vehicle vests in the United States of America.

ORDERED in Tampa, Florida, on January 25th, 2008.

Steven D. Merryday
UNITED STATES DISTRICT JUDGE

Copies: Adelaide G. Few, AUSA
Attorney of Record